No. 313. WILLIAM LEATHER ET AL. *v.* MARK J. WHITE. Appeal from the Circuit Court of Appeals for the Seventh Circuit. Argued December 10, 1924. Decided December 15, 1924. *Per Curiam.* Affirmed with costs, upon the authority of *Belknap* v. *Schild,* 161 U. S. 10, 16; *Stanley* v. *Schwalby,* 162 U. S. 255, 270. *Mr. Oliver J. Cook* for appellants. *Mr. Alfred A. Wheat,* with whom *Mr. Solicitor General Beck* was on the brief, for appellee.

---

No. 494. A. A. HOLMES *v.* L. W. BRONAUGH. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted December 8, 1924. Decided January 5, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Philadelphia & Reading Coal & Iron Co.* v. *Gilbert,* 245 U. S. 162; *Ireland* v. *Woods,* 246 U. S. 323, 328; *Stadelman* v. *Miner,* 246 U. S. 544, 546; *Chicago Great Western R. R. Co.* v. *Basham,* 249 U. S. 164, 165; *Citizens Bank* v. *Opperman,* 249 U. S. 448, 450; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. C. C. Hatchett,* for defendant in error, in support of the motion to dismiss. *Mr. Reford Bond,* for plaintiff in error, in opposition to the motion.